## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CLINTON JACKSON, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:19-cv-00178-SRC |
| SYNERGIES3 TEC SERVICES, LLC, | ) |
| Defendant(s). | ) |

### Order Granting Preliminary Approval of FLSA Settlement and Consolidation

This matter comes before the Court on the parties' Joint Motion for Preliminary FLSA Settlement Approval and Consolidation.  Doc. 186.  The parties have entered into a Settlement Agreement resolving all claims in this case and in the *Overland* matter.  *Id.*  Accordingly, the court grants the parties' Joint Motion.  The Court orders the following:

1. For settlement purposes, the above-captioned lawsuit is consolidated with the *Overland* lawsuit, styled *Overland v. Synergies3, Tec Services, LLC, Benton Odom, and Eric Atchley*;

2. The Parties' Settlement Agreement is preliminarily approved as fair and reasonable and the result of litigation over a bona fide FLSA dispute;

3. The Court approves Analytics Consulting, LLC, as Settlement Administrator for the limited purposes as set forth in the parties' Settlement Agreement;

4.       The proposed Notice of Settlement adequately advises Plaintiffs of their rights under the settlement, and the Settlement Administrator will send out the Notice of Settlement pursuant to the terms of the Settlement Agreement;

5.       Within three days of this Order the Settlement Administrator must establish a Qualified Settlement Fund and transfer the Settlement Fund held in Escrow to the Qualified Settlement Fund for the benefit of Plaintiffs consistent with the Settlement Agreement;

6.       Plaintiffs' counsel is preliminarily awarded reasonable attorneys' fees in the amount of $166,666.67 and litigation costs in the amount of $19,551.16;

7.       The three Named Plaintiffs, Clinton Jackson, James Thomas, and Talon Overland, are each preliminarily awarded reasonable service payments of $5,000;

8.       On or before November 22, 2021, the parties must file their Joint Motion for Final FLSA Settlement Approval; and

9.       The Court will conduct a Final Settlement Hearing on November 30, 2021, at 3:00 p.m. in Courtroom 14-North.

So Ordered this 26th day of August, 2021.

                                           *SL R. CL*
                                    **STEPHEN R. CLARK**
                                    **UNITED STATES DISTICT JUDGE**